**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :      No. 1 MM 2022
:
Respondent      :
:
:
v.      :
:
:
HERBERT APONTE,      :
:
Petitioner      :

## ORDER

**PER CURIAM**

 **AND NOW**, this 26th day of April, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Appointment of Counsel are DENIED.